CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE;<br><br>Plaintiff,<br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; S R CONSTRUCTION, INC., a Nevada corporation; JEFFREY A. WHITTLE, an individual; ALBERT E. NELSON, an individual; SHELLEY K. WHITTLE, an individual; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01301-JCM-NJK<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND MOTION TO PERMIT SERVICE BY ALTERNATIVE MEANS**<br><br>**(Docket Nos. 12, 14)** |

The Court, having considered Plaintiff's Motion to Enlarge Time for Service of Process and Motion to Permit Service by Alternative Means, together with Points and Authorities, Declaration of Counsel and Exhibits in support of said Motions, it appearing therefore that a proper Complaint has been filed and that Plaintiff has exercised due diligence in attempting to locate and serve the Defendants Jeffrey A. Whittle and Shelley K. Whittle and Good Cause Appearing therefore,

IT IS HEREBY ORDERED, that the time for service of process upon Defendants Jeffrey A. Whittle and Shelley K. Whittle is extended to December 7, 2016.

IT IS FURTHER ORDERED, that Defendants Jeffrey A. Whittle and Shelley K. Whittle may be served by Certified Mail or Registered Mail, return receipt requested, addressed to said Defendants and for delivery to said Defendants only.  Such service shall be effective upon return receipt showing acceptance by the Defendants.

1   DATED and DONE this 22nd day of August, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

-2-